**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MASTER MIKE, INC.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CASE NO. _____** |
| | * | |
| **MARTINIANO CASTRO,** | * | |
| | * | |
| **Defendant.** | * | |

## COMPLAINT FOR DECLARATORY JUDGMENT

Comes now Master Mike, Inc. ("Master Mike"), by and through undersigned counsel, and hereby states its claim for declaratory judgment as follows:

### PARTIES

1.      Master Mike is a commercial shrimping corporation with its principal place of business in Bayou La Batre, Alabama.  It is the owner and operator of the F/V MASTER MIKE.

2.      Martiniano Castro ("Castro") is a resident of Mobile County, Alabama.

### JURISDICTION

3.      This is an action for declaratory judgment pursuant to Rule 57 of the *Federal Rules of Civil Procedure* and the *Declaratory Judgment Act*, 28 U.S.C. §§ 2201-02.  The Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1333 (admiralty jurisdiction).

4.      The Court has jurisdiction over the parties to this case.  As shown below, there exists a justiciable controversy which requires the Court to declare the rights, remedies and liabilities of the parties.

## FACTUAL BACKGROUND

5.      At all material times, Castro was a commercial shrimper working aboard the MASTER MIKE owned and operated by Master Mike subject to the benefits of the Jones Act and general maritime law.

6.      On or about January 14, 2011, while engaged in commercial fishing off the coast of Louisiana, Castro was stuck by a catfish fin in his left thumb, requiring medical treatment.

7.      By letter dated March 24, 2011, Master Mike, through its independent claims service hired to ensure that Castro received maintenance and cure benefits to which he was entitled, was advised by Terry Bryant, Esq., an attorney in Houston, Texas, that he was representing Castro who was asserting a claim against Master Mike.  A copy of that demand letter is attached hereto as Exhibit A.  As that letter reflects, Castro, through his counsel of record, contends that Master Mike is to blame for the injuries sustained, presumably under the Jones Act for negligence and the general maritime law for unseaworthiness.

8.      As evidenced by Exhibit A, there exists a substantial controversy of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.  A judicial declaration is necessary and appropriate at this time so that Master Mike may ascertain its duties to Castro under the general maritime law, if any.

9.      Master Mike respectfully requests that the Court assume jurisdiction over this cause and determine the fair and reasonable amount owed to Castro, if any, for the claims made by Castro against Mike Mike made the basis of this declaratory judgment action.

WHEREFORE, the premises considered, Master Mike respectfully requests the Court grant the following relief:

(a)     To enter an Order determining that Master Mike is not guilty of any negligence or unseaworthiness and has no legal liability to Castro beyond payment of appropriate maintenance and cure benefits.

(b)     To grant Master Mike such other, further and different relief as may be warranted.

Respectfully Submitted,


/s/ Donald C. Radcliff
DONALD C. RADCLIFF (RAD003)
dradcliff@brblawyers.com
Attorney for Plaintiff


OF COUNSEL:

BRADY RADCLIFF & BROWN LLP
Post Office Box 1668
Mobile, Alabama 36633-1668
Telephone     251.405.0077
Facsimile     251.405.0076



DEFENDANT MAY BE SERVED BY CERTIFIED MAIL AS FOLLOWS:

Martiniano Castro
8090 Gulf Court
Irvington, Alabama 36544

Fax:                          Mar 24 2011 02:54pm P001/001



Attorneys At Law

West Memorial Office Park
8584 Katy Freeway, Suite 100
Houston, TX 77024
Phone: (713) 973-8888
Facsimile: (713) 973-1188

Terry Bryant is Board Certified
Personal Injury Trial Law
Texas Board of Legal Specialization

March 24, 2011

*Via Facsimile to (251) 470-0776*
Attention: Rick Norman
Cooks Claim Services, Inc
P.O. Box 160461
Mobile, AL 36616

RE:   Your Insured :   Master Mike, Inc
      Date of Injury:   January 14, 2011
      Our Client    :   Martiniano Castro-Cobos

Ladies and Gentlemen:

We have been employed and have obtained an assignment of interest to represent the above client in connection with injuries and damages sustained on the above date.

This letter shall also serve to confirm in writing that you are permitted to discuss the property damage portion of the above claim with my client. You are not to discuss any medical treatment, factors concerning the incident or causation, or any others relating to the claim. **Any authorizations which you may have obtained from our client for the release of any information are revoked as of the date of this letter.** If you have any reason to believe that a liability question exists with regard to this incident, we ask that you notify us in writing. Otherwise, we will pursue this claim with the understanding that liability is clear with no comparative negligence on the part of our client.

Please provide a copy of any recorded statement or interview given by our client, as well as a copy of any questionnaire or form of any type provided to you by our client which contains information about the wreck and/or our client's injuries and damages.

If you desire to discuss the possibility of settling this matter, please contact us within the reasonably near future. Otherwise, appropriate action will be taken on behalf of our client. Also, please forward to my attention a copy of the "Declarations Page" of the insurance policy pertaining to the above named insured. We request a written response within ten days.

Very truly yours,

Terry Bryant

LB/TB/JR

# EXHIBIT A